# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>EMIL PETROSYAN,<br><br>Defendant. | Magistrate Case No. **19MJ3857**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 21, U.S.C., § 841(a)(1) –<br>Distribution of Cocaine<br><br>FILED<br>SEP - 9 2019<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY              DEPUTY |

The undersigned complainant being duly sworn states:

## Count One

On or about December 6, 2018, within the Southern District of California, defendant EMIL PETROSYAN, did knowingly and intentionally distribute, approximately 842.5 grams of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

This complaint is based on the facts in the attached probable cause statement, which is incorporated herein by reference.

_____
Raymond M. Pitesley
FBI Special Agent

Sworn to before me and subscribed in my presence, this 9th day of September, 2019.

_____
The Honorable Jill L. Burkhardt
United States Magistrate Judge

1

## PROBABLE CAUSE STATEMENT

I am a Special Agent with the Federal Bureau of Investigation and have been so employed since November 1994. I am assigned to the San Diego Field Division on the Organized Crime Squad. I have received basic federal law enforcement training, including the training at the FBI Academy, as well as other specialized federal law enforcement training. During the course of my career, I have been assigned to investigate numerous investigations involving federal offenses, including offenses involving drug trafficking, money laundering, conspiracy, fraud, murder for hire, alien smuggling, indentured servitude and racketeering.

On November 21, 2018, at approximately 2:00 p.m., an undercover San Diego Police Department officer (the UC) received a telephone call from Emil PETROSYAN. PETROSYAN asked the UC if he/she wanted to purchase a kilogram of cocaine for approximately $28,000. The UC told PETROSYAN that he/she was interested in purchasing the kilogram but not for that price, because it was too expensive. The UC and PETROSYAN agreed to talk again for the pricing and purchase of the kilogram of cocaine.

On November 27, 2018, at approximately 6:00 p.m., PETROSYAN contacted the UC and told him/her that he could sell the UC the kilogram of cocaine for approximately $25,500 plus a $1,000 commission for PETROSYAN. After several additional telephone calls, the UC and PETROSYAN agreed that the one kilogram sale would take place on December 6, 2018, at 3962 Clairemont Mesa Blvd., San Diego, California.

On December 6, 2018, at approximately 1:50 p.m., the UC arrived at the agreed meeting location and parked next to the Jack in the Box, in Clairemont Square. The UC called PETROSYAN and he told the UC that he was in his white Range Rover parked in the Vons parking lot. The UC then drove to PETROSYAN's location and saw him sitting in the driver's seat in a white Range Rover. The UC then got out of

the UC's vehicle, walked over to PETROSYAN's car, and sat in the front passenger seat.

Once inside, the UC immediately handed $26,500 to PETROSYAN. PETROSYAN told the UC that the package was behind the seat. The UC reached back and grabbed a small gray computer bag with a kilogram package inside it. The package was wrapped in saranwrap and tape with one of the corners cut open to view the contents. The UC immediately recognized the substance to be cocaine.

PETROSYAN counted the $26,500 by hand, while the UC inspected the cocaine. Following the transaction, the UC exited PETROSYAN's vehicle. Subsequent DEA laboratory testing revealed that PETROSYAN had sold the UC approximately 842.5 grams of cocaine, a Schedule II Controlled Substance.